# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

SABAL TRAIL TRANSMISSION, LLC,

    *Plaintiff,*

v.                                  Case No. 1:16cv95-MW/GRJ

2.468 ACRES OF LAND
IN LEVY COUNTY, et al.,

    *Defendants.*

_____/

## VERDICT FORM

We, the jury, find that the compensation to be paid by the Plaintiff for the easements contained in the "Ryan Thomas Property" is as follows:

1. The Land Value of the Permanent Easement: $8,645.00
2. The Land Value of the Temporary Easements: $3,140.00
3. The Value of Severance Damages to the Remaining Land: $451,654.00

                                                                             TOTAL: $463,439.00

So say we all this 9th day of November 2018.